845 A.2d 131

THE COMMUNITY HOSPITAL GROUP INC., T/A MEDICAL CEN-
TER, PLAINTIFF, v. JAY MORE, M.D., DEFENDANT–MOVANT,
AND SOMERSET MEDICAL CENTER, DEFENDANT.

March 11, 2004.

ORDERED that the motion for leave to appeal is granted.

845 A.2d 132

DIOCESE OF METUCHEN, PLAINTIFF–RESPONDENT, v. PRISCO
& EDWARDS, AIA, ETC., ET AL., DEFENDANTS–RESPON-
DENTS, AND PRISCO & EDWARDS, AIA, ETC., ET AL.,
THIRD–PARTY PLAINTIFFS–RESPONDENTS, v. REMINGTON
& VERNICK ENGINEERS, THIRD–PARTY DEFENDANT–MOV-
ANT.

March 11, 2004.

ORDERED that the motion for leave to appeal is granted, and
the matter is summarily remanded to the Appellate Division to
consider the appeal on the merits.

845 A.2d 132

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JEROME
F. BOLLETTIERI, DEFENDANT–RESPONDENT.

March 25, 2004.

ORDERED that the motion for leave to appeal is granted; and
the matter is summarily remanded to the Superior Court, Appel-
late Division to consider the appeals on the merits.